HARRY CREIGHTON INGALLS, Respondent, v. ROBERT L. DODGE, Defendant, and LILLIAN S. DODGE, Appellant.— On argument, order correcting and amending summons and other papers in the action so that the same shall be entitled "Supreme Court of the State of New York, Westchester County," instead of "Supreme Court of the State of New York, County of New York," affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

HERMAN I. KAPLAN and MOSES ROSENSTOCK, Respondents, v. LUJOSAM CORPORATION, Appellant.— On argument, order denying motion to strike cause from calendar as a preferred case affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

WILLIAM POTRUCH, Respondent, v. SHEP REALTY CORPORATION, Appellant.— On argument, order denying motion for judgment dismissing complaint affirmed, without costs, upon condition that respondent file an amended complaint within twenty days from service of copy of the order entered herein; otherwise, order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

LOUISA D'AURIO and FRANK D'AURIO, as Administrators, etc., of NICHOLAS D'AURIO, Deceased, Respondents, Appellants, v. LONG ISLAND RAILROAD COMPANY, Respondent, and THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Appeal of defendant The New York, New Haven and Hartford Railroad Company dismissed on default, with costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

ISAAC L. BROWN, Respondent, v. LONG BEACH LUMBER Co., INC., and Others, Appellants. (Appeals Nos. 1, 2 and 3.) — Motion for stay granted to the extent of staying all proceedings after sale until the hearing and determination of the appeals now pending. Present — Young, Hagarty, Carswell and Scudder, JJ.; Lazansky, P. J., not voting.